FILED

MAY 19 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DIANGELO KEITH JOHNSON<br><br>　　　　　　　　　　Defendant. | Case No. 17CR419-LAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　the Court has dismissed the case for unnecessary delay; or

__　the Court has granted the motion of the Government for dismissal, without prejudice; or

__　the Court has granted the motion of the defendant for a judgment of acquittal; or
__　a jury has been waived, and the Court has found the defendant not guilty; or

__　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Indictment/Information:

18:922(g)(1), 924(a)(2); 18:924(d)(1), 28:4261(c) - Felon in Possession of a Firearm; Criminal Forfeiture (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/18/2017

　　　　　　　　　　　　　　　　　　　　　　　_（signature）_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge